RECEIVED

Date: Friday, October 27, 2017    OCT 27 PM 4:18

To:   United States Federal Court
      The United States District Court Western District of Tennessee
      167 N. Main St. #242
      Memphis, TN 38103

From: Darrell K. Thompson
      4628 Ellendale Rd.
      Bartlett, TN 38135

To whom it may concern

I, Darrell K Thompson represent William T Holt (deceased), Leatha J Holt (next of kin), Newair
Manufacturing LLC and myself. We are Plaintiffs in a lawsuit that was transferred from State
Court to The United States District Court Western District of Tennessee. That case number is
216 CV - 03013.

There is a need to send a discharge letter to our counsel (Attorney Larry Fitzgerald) concerning
the issues mentioned in Doc 43 and due to his failure to meet and/or communicate with Plaintiff
Thompson. The Plaintiffs do not want to violate any Federal Rules and/or Federal Laws that my
affect the Plaintiffs and/or the Case in question and the Plaintiffs and/or Thompson desires in
possibly filing for an Appeal.

We appreciate an opinion regarding our concerns.

Thank you,

Sincerely

Darrell K. Thompson

4628 Ellendale Rd.
Bartlett Tn. 38135
Email: vestuniq@bellsouth.net
P# 901-388-2393

Date Friday, October 27, 2017